# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ALEXIS PEREZ SANTA CRUZ,

      Plaintiff,

v.                                  Case No: 2:20-cv-780-SPC-MRM

EQUIFAX INFORMATION
SERVICES, LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC. and COMENITY BANK,

      Defendants.

_____/

## ORDER[1]

Before the Court is Plaintiff Alexis Perez Santa Cruz's Notice of Voluntary Dismissal with Defendant Equifax Information Services, LLC. (Doc. 34). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves an answer or a motion for summary judgment. The dismissal is effective on filing and requires no further act by the Court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Here, Plaintiff voluntarily dismisses this action with prejudice as to Equifax.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

But the Court cannot stop there. To clarify the record, Plaintiff has also sued two other companies: Comenity Bank and Experian Information Solutions, Inc. Plaintiff has voluntarily dismissed this action as against Comenity Bank and judgment has been entered. (Doc. 30; Doc. 31). Plaintiff similarly settled its claims against Experian. (Doc. 28). The settlement prompted the Court to dismiss the case without prejudice and administratively close the case. (Doc. 29). Because neither Plaintiff nor Experian has moved to re-open the action for entry of a stipulated final order or a judgment or for further proceedings, the Court will now dismiss with prejudice this action as to Experian.

Accordingly, it is now **ORDERED:**

1. This action is **DISMISSED with prejudice** as to Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc.

2. The Clerk is **DIRECTED** to enter judgment, deny all pending motions without prejudice, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 26, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record